IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RONNIE DYSON,

    Plaintiff,

v.                                           CASE NO. 1:11-cv-00133-MP-GRJ

ATLANTIC BEACON REALTY, ED MANES, STEINGOLD & ANGELIDIS,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, which recommends that, pursuant to 28 U.S.C. § 1915(e)(2), leave to proceed as a pauper be denied and that this case be dismissed for failure to state a claim upon which relief may be granted. Petitioner has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 4, is ACCEPTED and incorporated herein.

2. Plaintiff's complaint, Doc. 1, is DISMISSED.

**DONE AND ORDERED** this  *9th* day of August, 2011

                        *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge